Nov. Term,
1839.

WADE
v.
FITE.

---

POPE and Others *v.* ANTHONY.—In error.

*Friday,*
*November 22.*

DEBT against *Pope* and others on a promissory note. On the second day of the term to which the writ was returnable, the defendants, without appearing to the suit, moved to quash the writ, on the ground that, at the time of the service and return, the writ was not sealed, and did not contain the name of the county in which it issued. To support the motion, the defendants offered to prove the facts on which it was founded to the Court. *Held*, that the evidence was admissible. *Siggers* v. *Sansom*, 3 M. & Scott, 194.—3 Chitt. G. P. 233.

---

WADE and Another *v.* FITE.—In error.

*Friday,*
*November 22.*

NO person can institute a suit in the Probate Court on behalf of infants, unless he is their guardian generally or *ad litem.* If the appointment has been made in another state, the guardian must file a copy of his appointment, and give bond and surety for the faithful discharge of his duty, before his authority can be recognized in our Courts. R. Code, 1831, pp. 167, 170.—R. Stat. 1838, pp. 188, 191.